Joseph R. Manning, Jr. (SBN 223381)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN CORPORATION, a California corporation; PLAZA MATRIX LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-01415-BAS-MSB<br><br>Hon. Cynthia Bashant<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: July 29, 2019<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : November 4, 2019

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
  Joseph R. Manning, Jr.
  Attorney for Plaintiff
  James Rutherford

## CERTIFICATE OF SERVICE

I certify that on November 4, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: November 4, 2019          **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorney for Plaintiff,
      James Rutherford